IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GODWIN FORMWORK SOLUTIONS, INC. an Oklahoma Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>J.D. ABRAMS, LP., a Texas limited partnership,<br><br>    Defendant. | Case No: CIV-22-287-G |

## NOTICE OF REMOVAL

Defendant, J.D. Abrams, LP. ("Defendant"), gives notice that this case has been removed to the United State District Court for the Western District of Oklahoma under 28 U.S.C. §§ 1332, 1441, and 1446.

### I. INTRODUCTION

Plaintiff filed its Petition in the District Court of Oklahoma County, Oklahoma on March 7, 2022, styled *Godwin Formwork Solutions, Inc. v. J.D. Abrams, LP*, Case No. CJ-2022-1032 (Exhibit "1," State Court Petition). Defendant was served with process on March 10, 2022. (Exhibit "2," Proof of Service).

Plaintiff demands judgment against Defendant in excess of the amount required under 28 U.S.C. § 1332(a), together with costs, expenses, and attorney fees. (State Court Petition, ¶ 51). Further, according to the State Court Petition, Plaintiff is an Oklahoma corporation. (State Court Petition, ¶ 29). Defendant is a Texas limited partnership, and all partners thereof are citizens of the State of Texas. (State Court Petition, ¶ 30). Accordingly, there is complete diversity between Plaintiff and Defendant.

## II. PROCEDURAL HISTORY

This action is being removed within thirty (30) days of service as required by 28 U.S.C. § 1446(b) and *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999) and within one year after commencement of the action as required by 28 U.S.C. § 1446(c)(1).

## III. JURISDICTION

Defendant has the right to remove, and this Court has jurisdiction under 28 U.S.C. §§ 1332 and 1441. There is complete diversity between Plaintiff and Defendant, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

The United States Supreme Court has held that, for diversity purposes, a corporation's "principal place of business" "is best read as referring to the place where a corporation's officers direct, control, and coordinate the corporations' activities," sometimes called its "nerve center." *Hertz Corp. v. Friend*, 559 US 77, 92-92 (2010). "And in practice it should normally be the place where the corporation maintains its headquarters – provided that the headquarters is the actual center of direction, control, and coordination, i.e, the 'nerve center'. . .." *Id*. The headquarters and "nerve center" of Plaintiff are in Oklahoma, where it is incorporated and has its principal place of business.

In regard to limited partnerships, diversity jurisdiction in a suit against such an entity depends on the citizenship of all the partners of the limited partnership. *Penteco Corp. P'ship--1985A v. Union Gas Sys., Inc.*, 929 F.2d 1519, 1523 (10th Cir. 1991) (citing *Carden v. Arkoma Assoc.*, 494 U.S. 185 (1990)). The citizenship of the partners of Defendant are not in Oklahoma, but in Texas. Accordingly, there is complete diversity amongst the parties as of the date the State Court Petition was filed. The Court therefore has jurisdiction under 28 U.S.C. § 1441(b).

IV. CONCLUSION

This action is properly removed pursuant to 28 U.S.C. § 1441. A copy of this Notice of Removal is being served on Plaintiff's counsel of record. A copy of this Notice of Removal will also be filed with the Clerk of the District Court of Oklahoma County. A copy of the docket sheet in the Oklahoma County District Court case is attached hereto. (Exhibit "3," Docket Sheet). Copies of all documents filed or served upon Defendant in the Oklahoma County District Court are made part of this Notice. (Exhibit "4," State Court Filings). Defendant therefore removes this case to the United States District Court for the Western District of Oklahoma.

Respectfully submitted,

*/s/ P. Scott Hathaway*
P. Scott Hathaway, OBA No. 13695
McKayla Hendrix, OBA No. 34679
CONNER & WINTERS, LLP
4100 First Place Tower
15 East 5th Street
Tulsa, OK 74103
(918) 586-8510
(918) 586-8610 (Fax)

ATTORNEYS FOR DEFENDANT,
J.D. ABRAMS, LP

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of April 2022, a true and correct copy of the within and foregoing document was mailed via first class mail, postage prepaid, addressed as follows:

Gary David Quinnett
10005 North May Avenue, Suite 120
Oklahoma City, OK  73120

                                                      */s/ P. Scott Hathaway*
                                                      P. Scott Hathaway