# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Godwin Formwork Solutions, Inc. <br> an Oklahoma corporation <br>     Plaintiff, <br><br> v. <br><br> J.D. Abrams, LP <br> a Texas limited partnership <br>     Defendant. | Case No: CIV-22-287-G |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW Plaintiff, Godwin Formwork Solutions, LLC, and hereby moves the Court to grant leave to amend the Petition, which was filed in state court prior to removal, pursuant to Fed. R. Civ. P. 15(a)(2) for the purpose of recognizing Plaintiff's conversion of its legal status and adding an additional claim. In support of its Motion, Plaintiff states the following:

1. Plaintiff commenced this litigation in Oklahoma County, Oklahoma on March 7, 2022.

2. After the filing of Plaintiff's petition, it was converted from an Oklahoma for-profit corporation to a Delaware limited liability company.

3. Defendant, J.D. Abrams, LP, removed this case to the United States District Court for the Western District of Oklahoma on April 4, 2022 [Doc. 1].

4. The status conference was set today for June 1, 2022 and thus no deadline to amend pleadings has been ordered by the Court.

5. Defendant does not object to the instant motion.

6. Fed. R. Civ. P. 15(a)(2) states that "a party may amend its pleading only with the opposing party's written consent or the court's leave" and that the Court "***should freely give leave when justice so requires***." Fed. R. Civ. P. 15(a)(2) (emphasis added). The United States Supreme Court has instructed that justice requires the mandate to freely grant leave to amend be heeded. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

## **CONCLUSION**

WHEREFORE, Plaintiff requests that the Court to grant it leave to file the Amended Complaint attached hereto as Exhibit 1 pursuant to LCvR 15.1.

Respectfully submitted,

/s/ Patrick H. Lane
Gary David Quinnett, OBA No. 14603
Law Office of Gary David Quinnett PLLC
10005 North May Avenue, Suite 120
Oklahoma City, OK 73120
T: 405.607.2266
F: 866.728.0676
gary@gq-law.com

-and-

Patrick H. Lane, OBA No. 30885
BALL│ MORSE │ LOWE
531 Couch Drive, Suite 201
Oklahoma City, OK 73102
Phone (405)701-5355
Fax (405)701-2830
plane@ballmorselowe.com
*Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May, 2022, a true and correct copy of the above and foregoing instrument was electronically served using the CM/ECF System to:

P. Scott Hathaway
McKayla Hendrix
shathaway@cwlaw.com
mhendrix@cwlaw.com
CONNER & WINTERS, LLP
*Attorneys for Defendant*

      /s/ Patrick H. Lane